**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JENNY ZAMBRANO, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HSBC BANK USA, N.A., as Trustee under )<br>the Pooling and Servicing Agreement )<br>dated August 1, 2006, Fremont Home )<br>Loan Trust 2006-B, *et al.*, )<br>)<br>      Defendants. )<br>)  | Case No. 1:09-cv-000996 (CMH) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Mortgage Electronic Registration Systems, Inc. ("MERS") in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of MERS that have issued shares or debt securities to the public or own more than ten percent of the stock of said parties.

Dated:   September 24, 2009

                                            **HSBC BANK USA, N.A., as Trustee
under the Pooling and Servicing
Agreement dated as of August 12, 2006,
Fremont Home Loan Trust 2006-B,**

                                            **LITTON LOAN SERVICING LP**

                                            **MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,**

                                            **GLASSER AND GLASSER, P.L.C.,**

-2-

                    **JOHN & JANE DOE**
                    **CERTIFICATE HOLDERS I-M**
                    **FREMONT HOME LOAN**
                    **TRUST 2006-B,**

                    **JACK & JILL DOE**
                    **CERTIFICATE HOLDERS I-M, and**

                    **QUI CHI DOE**
                    **ASSOCIATION,**
                    **CORPORATIONS/ENTITIES I-SM**


By:    /s/ Jon S. Hubbard
               Of Counsel

John C. Lynch, Esquire
Virginia State Bar No. 39276
*Counsel for Defendants HSBC Bank USA, N.A.,*
*as Trustee under the Pooling and Servicing*
*Agreement dated as of August 12, 2006,*
*Fremont Home Loan Trust 2006-B;*
*Litton Loan Servicing LP;*
*Mortgage Electronic Registration Systems, Inc.;*
*Glasser and Glasser, P.L.C.;*
*John & Jane Doe Certificate Holders I-M Fremont Home Loan Trust 2006-B;*
*Jack & Jill Doe Certificate Holders I-M; and*
*Qui Chi Doe Association, corporations/entities I-M*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Jon S. Hubbard, Esquire
Virginia State Bar No. 71089
*Counsel for Defendants HSBC Bank USA, N.A.,*
*as Trustee under the Pooling and Servicing*
*Agreement dated as of August 12, 2006,*
*Fremont Home Loan Trust 2006-B;*
*Litton Loan Servicing LP;*
*Mortgage Electronic Registration Systems, Inc.;*
*Glasser and Glasser, P.L.C.;*

*John & Jane Doe Certificate Holders I-M Fremont Home Loan Trust 2006-B;*
*Jack & Jill Doe Certificate Holders I-M; and*
*Qui Chi Doe Association, corporations/entities I-M*
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1406
Facsimile: (804) 698-5186
jon.hubbard@troutmansanders.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>Christopher E. Brown, Esq.
>R. Michael Smith, Esq.
>6269 Franconia Road
>Alexandria, Virginia 22310
>Tel: (703) 924-0223
>Fax: (703) 924-1586
>Email: brownfirm@lawyer.com
>*Counsel for Plaintiff*

>Harold G. Belkowitz, Esq.
>Ober, Kaler, Grimes & Shriver
>1401 H Street, N.W., 5th Floor
>Washington, DC 20005-3324
>Tel: (202) 326-5037
>Fax: (202) 326-5267
>Email: hgbelkowitz@ober.com
>*Counsel for Defendant, Fremont Reorganization Corp.,*
>*f/k/a Fremont Investment & Loan Corp.*

I further certify that on the 24th day of September, 2009, a true and correct copy of the foregoing was sent via regular mail, postage prepaid, to the following:

>Wells Fargo Bank, N.A.
>420 Montgomery Street
>San Francisco, California 94163
>*Defendant*

Nectar Projects, Inc.
c/o Tina B. McDaniel
104 N. Bailey Lane, Suite 100
Purcellville, Virginia 20132
*Defendant*

Long & Neyhart, P.C.
c/o Tracy Neyhart, Esq.
210 Otey Street
P.O. Box 196
Blacksburg, Virginia 24060
*Defendant*

    /s/ Jon S. Hubbard
Jon S. Hubbard, Esquire
Virginia State Bar No. 71089
*Counsel for Defendants HSBC Bank USA, N.A.,*
*as Trustee under the Pooling and Servicing*
*Agreement dated as of August 12, 2006,*
*Fremont Home Loan Trust 2006-B;*
*Litton Loan Servicing LP;*
*Mortgage Electronic Registration Systems, Inc.;*
*Glasser and Glasser, P.L.C.;*
*John & Jane Doe Certificate Holders I-M Fremont*
*Home Loan Trust 2006-B;*
*Jack & Jill Doe Certificate Holders I-M; and*
*Qui Chi Doe Association, corporations/entities I-M*
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1406
Facsimile: (804) 698-5186
jon.hubbard@troutmansanders.com

1867585v1

-4-