IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JENNY ZAMBRANO,

    Plaintiff,

v.                                Case No. 1:09-cv-000996 (CMH)

HSBC BANK USA, N.A., as Trustee
under the Pooling and Servicing
Agreement dated August 1, 2006,
Fremont Home Loan Trust 2006-B, *et al.*,

    Defendants.

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

COMES NOW the Plaintiff, by counsel, and pursuant to the Scheduling Order entered submit as follows her list of witnesses who may be called and list of exhibits she may enter into evidence during the trial of this matter:

<u>WITNESS LIST</u>

1. Judy Tidwell
2. Richard Knee
3, Any witness listed by Defendants not objected to by Plaintiff.

<u>EXHIBIT LIST</u>

1. Certified Copy of the Deed of Trust.
2. Certified Copy of the Deed of ownership to the Plaintiff dated May 17, 2006.
3. Certified copy of the Deed of Appointment of Substitute Trustee dated May 13, 2009.
4. Certified copy of the Deed of Appointment of Substitute Trustee dated May 5, 2008.

    4.    Exhibit B to Defendant HSBC's Bill of Particulars in the Unlawful Detainer action - copy of the Note.

    5.    Any exhibit identified by any Defendant not objected to by Plaintiff.

\* As allowed under the rules of this Court, Plaintiffs reserve the right to use rebuttal evidence not identified in this filing - witnesses and exhibits.

Respectfully Submitted,

JENNY ZAMBRANO

Brown, Brown & Brown, P.C.

\_\_\_/s/_____
Christopher E. Brown, VSB#39852
6269 Franconia Road
Alexandria, Virginia 22310
Tel: (703) 924-0223
Fax:(703)924-1586
Email: brownfirm@lawyer.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of April, 2010, I provided the foregoing document via electronic and U.S. mail to:

John C. Lynch, Esquire
Virginia State Bar No. 39276
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile:   (757)687-1504
E-mail: john.lynch@troutmansanders.com

Jon S. Hubbard, Esquire
Virginia State Bar No. 71089
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1406
Facsimile: (804) 698-5186
Jon.hubbard@troutmansanders. com

*Counsel for Defendants HSBC Bank USA, N.A.,
as Trustee under the Pooling and Servicing
Agreement dated as of August 12, 2006,
Fremont Home Loan Trust 2006-B;
Litton Loan Servicing LP;
Wells Fargo Bank, N.A., as
Master Servicer on behalf of
Fremont Home Loan Trust 2006-B;
Mortgage Electronic Registration Systems, Inc.;
Glasser and Glasser, P.L.C.;
John & Jane Doe Certificate Holders I-M Fremont Home Loan Trust 2006-B;
Jack & Jill Doe Certificate Holders I-M; and
Qui Chi Doe Association, corporations/entities I-M*

/s/ Christopher E. Brown
Christopher E. Brown, VSB#39852
*Counsel for Plaintiff*